UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM TISSAIR,

    Plaintiff,

    v.

PFIZER INC., et al.,

    Defendants.

Case No. 16-cv-05265-RS

**ORDER DENYING MOTION TO DISMISS**

In lieu of filing an opposition to the motion to dismiss, Plaintiff has filed a first amended complaint. Without opining whether the amendments cure any or all of the purported defects identified by Defendant Eli Lilly and Company, the motion is moot because ruling on the adequacy of the original complaint would serve no purpose at this juncture. The hearing set for December 14, 2016 is vacated.

**IT IS SO ORDERED**.

Dated: November 18, 2016

_____
RICHARD SEEBORG
United States District Judge